FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON FILION and RANDI FILION, husband, and wife,<br><br>                Plaintiffs,<br><br>v.<br><br>CORPORATIONS A through E, and JOHN/JANE DOES 1 through 10, and SCOTTSDALE INSURANCE COMPANY, a Foreign Insurance Company,<br><br>                Defendants. | No.  2:19-cv-00147-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 22, 2020, the parties filed a Stipulated Motion to Dismiss, ECF No. 21. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulated Motion to Dismiss, **ECF No. 21**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of April 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2